IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,              ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 2:22cv298-MHT |
|                              ) | (WO) |
| CITY OF MONTGOMERY,          ) | |
| ALABAMA, et al.,             ) | |
|                              ) | |
|     Defendants.              ) | |

OPINION

Plaintiff filed this lawsuit asserting that he was intimidated by a municipal employee with a dog at the public library.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2023.

                                               /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**